UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20270-CR-MORENO

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

BEATRIZ DELGADO,
    Defendant.
_____/

## VERDICT

We the Jury, unanimously find the defendant, BEATRIZ DELGADO,

As to Count 1:
    NOT GUILTY ✓        GUILTY ___

As to Count 2:
    NOT GUILTY ✓        GUILTY ___

As to Count 3:
    NOT GUILTY ✓        GUILTY ___

As to Count 4:
    NOT GUILTY ✓        GUILTY ___

As to Count 5:
    NOT GUILTY ✓        GUILTY ___

As to Count 6:
    NOT GUILTY ✓        GUILTY ___

**SO SAY WE ALL.**

Signed and dated at the United States Courthouse, Miami, Florida, this 17 day of October, 2008.

_____        Marilou Jaen
Foreperson's Signature                              Foreperson's Printed Name