UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20270-CR-MORENO

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

ANGEL RODRIGUEZ,

     Defendant.  /
_____

## JUDGMENT OF ACQUITTAL

  THE above-entitled cause having come on for trial and the jury found the defendant not

guilty. Judgment of Acquittal is entered herein as to the defendant, ANGEL RODRIGUEZ, on  each

of counts 1 and 2, it being further

  **ORDERED AND ADJUDGED** that the defendant be discharged to go hence without day

for return and exonerated of bond, if any, as to the counts herein above specified only, otherwise the

bond shall remain in full force and effect.

  **DONE AND ORDERED** in Open Court at Miami, Florida this 21 day of October, 2008.

            _____
          FEDERICO A. MORENO
         UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record
U.S. Probation
U.S. Marshal (2 certified copies)