UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20270-CR-MORENO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

BEATRIZ DELGADO

                    Defendant.  /

## JUDGMENT OF ACQUITTAL

THE above-entitled cause having come on for trial and the jury found the defendant not guilty. Judgment of Acquittal is entered herein as to the defendant, BEATRIZ DELGADO, on each of counts 1,2,3,4,5 and 6, it being further

**ORDERED AND ADJUDGED** that the defendant be discharged to go hence without day for return and exonerated of bond, if any, as to the counts herein above specified only, otherwise the bond shall remain in full force and effect.

**DONE AND ORDERED** in Open Court at Miami, Florida this 21 day of October, 2008.

                                              FEDERICO A. MORENO
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record
U.S. Probation
U.S. Marshal (2 certified copies)