UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-20270-cr-Moreno

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

CARMEN GONZALEZ,

      Defendant.

_____/

**NOTICE OF APPEAL**

Notice is hereby given that Defendant, CARMEN GONZALEZ, hereby appeals to the United States Court of Appeals for the 11th Circuit the judgment and sentence imposed thereon in the instant case on the 20th day of December, 2013.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed this _26th_ day of December, 2013.

Respectfully submitted,

BY: _s/s_ Joel DeFabio___
JOEL DEFABIO, ESQUIRE
FL Bar No.: 0311529
2420 Coral Way
Miami, Florida 33129
(305) 860-4884 (FAX) 860-4828
jdefabio@dbsmiami.com